■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHELDON KILLEBREW, Appellant. [748 NYS2d 56]

The defendant's contentions that the prosecutor acted improperly during cross-examination and summation are not preserved for appellate review (*see* CPL 470.05 [2]; *People v Daley,* 292 AD2d 630; *see generally People v Balls,* 69 NY2d 641). In any event, any errors were harmless in light of the overwhelming evidence of the defendant's guilt (*see People v Crimmins,* 36 NY2d 230; *People v Vitiello,* 285 AD2d 480). Additionally, the defendant's contention that the Supreme Court gave erroneous instructions regarding reasonable doubt is unpreserved for appellate review (*see* CPL 470.05 [2]). In any event, the charge, taken as a whole, conveyed to the jury the correct rules to be applied in arriving at a verdict (*see People v Fields,* 87 NY2d 821; *People v Bell,* 294 AD2d 372, *lv denied* 98 NY2d 694).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80). Feuerstein, J.P., Smith, Friedmann and Adams, JJ., concur.